IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

TERESA WILSON;  RYAN SANDERS;  SUSAN
CANADA;  TABATHA SIDI;  JOLINA
MANLEY;  HEATHER LOWREY;  CASSANDRA
MARTELL;  ASHLEY POPA;  JESSICA DAVID;
and LESLIE AINSWORTH, Each Individually
and on Behalf of All Others Similarly Situated        PLAINTIFFS

v.                      No. 3:21-cv-82-DPM

WALMART, INC. and
DOES 1–10, inclusive                                  DEFENDANTS

BRANDI COLEMAN;  TIFFANY NEAL;
FELICIA DYKES;  DOMINICK GROSSI;
GALENA GUTIERREZ;  ANTHONY
HARRISON;  VITO SCAROLA;  MELISSA
DINOVI;  and BAYLEE SCHAEFER            PLAINTIFFS

v.                      No. 3:21-cv-115-DPM

WALMART, INC.                                          DEFENDANT

ORDER

In the wake of a report by a subcommittee of the U.S. House of Representatives, many cases alleging contamination of baby foods have been filed.  Two are pending here.  Both are about Walmart's Parent's Choice brand and are against that retailer alone.  The parties' joint motion to consolidate and for other relief, *Doc. 24* in No. 3:21-cv-82-

DPM, is granted as modified. Common questions of law and fact predominate; consolidation for pretrial matters makes good sense. FED. R. CIV. P. 42(a)(2). The Court designates No. 3:21-cv-82-DPM as the lead case. Please use the joint style above in all future filings.

Joint motion to appoint interim class counsel due by 20 September 2021. Consolidated complaint due by 18 October 2021. Proposed Final Scheduling Order due by 17 November 2021. Any future related case will be handled in the normal course. Motion to dismiss, *Doc. 18* in No. 3:21-cv-82-DPM, denied without prejudice as moot. Stays lifted, but Walmart need not respond in No. 3:21-cv-115-DPM. Walmart's answer or Rule 12(b) motion is due thirty days after the consolidated complaint is filed.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

19 August 2021