UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

(NORTHERN DIVISION)

| | |
|---|---|
| LESLIE AINSWORTH, TYLER BAKER, CELIA BRUNO, ANA BUTKUS, SUSAN CANADA, EMILY CATHEY, BRANDI COLEMAN, JESSICA DAVID, FELICIA DYKES, DOMINICK GROSSI, GALENA GUTIERREZ, SAMMI HOBDY, APRIL LOCKHART, HEATHER LOWREY, JOLINA MANLEY, CASSANDRA MARTELL, BRITTANY MARTIN, TIFFANY NEAL, ROBERT PARTELLO, ASHLEY POPA, RYAN SANDERS, VITO SCAROLA, JULIE SECRIST, TABATHA SIDI, MARGO TENZO, MEGAN TROYER, BRITTANY WALLACE, TERESSA WILSON AND AMBER WRIGHT, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>WALMART, INC.; and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No. 3:21-cv-00082-DPM<br><br>Judge: Hon. D. P. Marshall Jr.<br>Magistrate: Hon. J. Thomas Ray |

**JOINT MOTION FOR ENTRY OF PROPOSED FINAL SCHEDULING ORDER**

Pursuant to this court's order (ECF No. 39) the above-named Plaintiffs and Defendant Walmart Inc. ("Walmart") have met and conferred and hereby respectfully move for entry of the Proposed Final Scheduling Order submitted herewith. As set forth in the parties' Joint Rule 26(f) Report, filed contemporaneously herewith, Plaintiffs agree with the deadlines set forth in the proposed Final Scheduling Order, provided discovery is allowed to proceed immediately. However, as stated in Section (3) of the Joint Rule 26(f) Report, "Walmart proposes a stay of

1

discovery until fourteen (14) days after Walmart files its answer in this case, if necessary." Therefore, to the extent discovery is stayed, Plaintiffs would propose utilizing the same timeframe for the case management schedule currently set forth in the proposed Final Scheduling Order but would suggest resetting the deadlines to correspond with the commencement of discovery.

Dated: January 14, 2022 Respectfully submitted,

Erin Green Comite (*pro hac vice*)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
156 S. Main St.
PO Box 192
Colchester, CT 06415
Tel.: 860-531-2632
ecomite@scott-scott.com

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Joseph P. Guglielmo (*pro hac vice*)
Sean T. Masson (*pro hac vice* forthcoming)
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Tel.: 212-223-6444
Fax: 212-223-6334
jguglielmo@scott-scott.com
smasson@scott-scott.com

**CARNEY BATES & PULLIAM PLLC**
Joseph Henry (Hank) Bates (ABN 98063)
Tiffany Wyatt Oldham (ABN 2001287)
519 West 7th St.
Little Rock, AR 72201
Tel.: 501-312-8500
Fax: 501 312-8505
hbates@cbplaw.com
toldham@cbplaw.com

**LYNCH CARPENTER LLP**
Katrina Carroll (*pro hac vice*)
111 W. Washington St., Ste. 1240
Chicago, IL 60602
Tel.: 312-750-1265
katrina@lcllp.com

**LYNCH CARPENTER LLP**
Todd D. Carpenter (*pro hac vice*)
Scott G. Braden (*pro hac vice*)
1350 Columbia St., Ste. 603
San Diego, CA 92101
Tel.: 619-762-1900
Fax: 619-756-6991
todd@lcllp.com
scott@lcllp.com

**LEEDS BROWN LAW, P.C.**
Jeffrey K. Brown (*pro hac vice*)
Michael A. Tompkins (*pro hac vice*)
Brett R. Cohen (to apply pro hac vice)
One Old Country Road, Suite 347
Carle Place, NY 11514
Tel.: 516-873-9550
jbrown@leedsbrownlaw.com
mtompkins@leedsbrownlaw.com
bcohen@leedsbrownlaw.com

**FARUQI & FARUQI, LLP**
Timothy J. Peter (*pro hac vice*)
1617 JFK Boulevard, Suite 1550
Philadelphia, PA 19103
Tel.: (215) 277-5770
Fax: (215) 277-5771
tpeter@faruqilaw.com

**SILVER GOLUB & TEITELL LLP**
Ian W. Sloss (*pro hac vice*)
Steven L. Bloch (*pro hac vice*)
184 Atlantic Street
Stamford, Connecticut 06901
Tel.: (203) 325-4491
Fax: (203) 325-3769
isloss@sgtlaw.com

**ZIGLER LAW GROUP**
Aaron M. Zigler (*pro hac vice*)
308 S. Jefferson Street, Suite 333
Chicago, IL 60661
Tel.: 312-673-1700
aaron@ziglerlawgroup.com

**WALTON TELKEN, LLC**

3

Troy E. Walton (*pro hac vice*)
Steve Telken
241 N. Main Street
Edwardsville, IL 62025
Tel.: 618-307-9880
twalton@waltontelken.com
stelken@waltontelken.com

*Attorneys for Plaintiffs*


Steven W. Quattlebaum, Ark. Bar No. 84127
John E. Tull III, Ark. Bar No. 84150
Brandon B. Cate, Ark. Bar No. 2001203
Meredith A. Powell, Ark. Bar No. 2019164
**QUATTLEBAUM, GROOMS & TULL PLLC**
111 Center Street, Suite 1900
Little Rock, Arkansas 72201
Tel:  501-379-1700
Fax: 501-379-1701
Email: quattlebaum@qgtlaw.com
Email: jtull@qgtlaw.com
Email: mpowell@qgtlaw.com

4100 Corporate Center Drive, Suite 310
Springdale, Arkansas 72762
Tel:  479-444-5200
Fax: 479-444-6647
Email: bcate@qgtlaw.com

Christopher W. Keegan (admitted pro hac vice)
Austin Klar (admitted pro hac vice)
Shayne H. Henry (admitted pro hac vice)
**KIRKLAND & ELLIS LLP**
555 California Street
San Francisco, CA 94104
Tel:  415-439-1400
Fax: 415-439-1500
Email: chris.keegan@kirkland.com
Email: austin.klar@kirkland.com
Email: shayne.henry@kirkland.com

Michael F. Williams, P.C. (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 2000

4

Tel:  202-879-5000
Fax: 202-879-5200
Email: mwilliams@kirkland.com

Donna M. Welch (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Tel:  312-862-2000
Fax: 312-862-2200
Email: dwelch@kirkland.com

*Attorneys for Defendant Walmart Inc.*
(erroneously sued as Walmart, Inc.)