# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

TERESA WILSON et al.                                              PLAINTIFFS

v.                          No. 3:21-cv-82-DPM

WALMART INC., et al.                                              DEFENDANTS

## ORDER

Because of various recusal issues, no Eastern District Magistrate Judge is available to assist on this case. I will therefore move forward without a collaborating colleague. I request counsel to confer and file a joint report on two issues. First, which of the following dates is most convenient for an omnibus hearing in-person in Little Rock: 11 January 2023 or 17 January 2023? I will hear argument on the pending motion and we will discuss a case plan for any surviving claims. Plan on a half day. Second, what is the status of what appear to be the parties' global settlement talks connected with the recent mediation in *Kochar v. Walmart, Inc.*, No. 3:21-cv-02343-JD (N.D. Cal.)? Joint report due by 18 November 2022.

So Ordered.

_WPMarshall Jr._
D.P. Marshall Jr.
United States District Judge

24 October 2022