# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**TERESA WILSON et al.**                                                                 **PLAINTIFFS**

v.                                       No. 3:21-cv-82-DPM

**WALMART INC. and**
**DOES, 1–10, inclusive**                                                             **DEFENDANTS**

## ORDER

1.  Joint status report, *Doc. 83*, appreciated.  The updates on the potential global settlement in the California proceedings are helpful.  And the Court notes Walmart's intent to file a motion to transfer the California cases to this district in the event the parties' second mediation is unsuccessful.  Joint report on mediation and global settlement progress due by 6 February 2023.

2.  The parties' suggestion to postpone any hearing in this case until after the parties' 31 January 2023 mediation is well-taken.  The Court therefore requests counsel to confer and file a joint report indicating which of these dates is most convenient for an in-person, omnibus hearing:  10 February 2023 at 1:30 p.m. in Jonesboro, or 24 February 2023 at 9:00 a.m. in Little Rock.  The agenda for this hearing remains unchanged.  The Court will hear argument on the pending motion to dismiss and we will discuss a case plan for any surviving claims.  Counsel should still plan on a half day.  Joint report on the hearing date due by 9 December 2022.

-2-

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

21 November 2022