IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**TERESA WILSON et al.**                                                              **PLAINTIFFS**

v.                                    No. 3:21-cv-82-DPM

**WALMART INC., et al.**                                                              **DEFENDANTS**

## ORDER

The Court appreciates the parties' joint letter. Taking the expected jurisdictional issues first makes good sense. One concern—letting the long-pending motion to dismiss hang even longer. The Court proposes to stay Defendants' time to answer or move to dismiss until further Order, deny the pending motion without prejudice, and reinstate it (and all responding papers) if we get there. Please confer and respond to the Court's proposal when you submit the proposed briefing schedule on the planned new motion.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

6 February 2023