IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**TERESA WILSON et al.**                                                                 **PLAINTIFFS**

v.                               No. 3:21-cv-82-DPM

**WALMART INC., et al.**                                                                **DEFENDANTS**

**ORDER**

The Court notes the parties' joint status report, *Doc. 99*, and appreciates the prompt response to the Court's further proposal. Defendants' time to answer or move to dismiss is stayed until further Order. The pending motion to dismiss, *Doc. 53*, is denied without prejudice. If necessary, in due course the parties may seek reinstatement of this motion and all responding papers. The 24 February 2023 hearing and status conference is cancelled. The Court adopts the parties' proposed briefing schedule: Defendants' motion on primary jurisdiction is due by 27 February 2023; Plaintiffs' response is due by 31 March 2021; and Defendants' reply is due by 14 April 2023. The Court requests that the parties continue to strive for brevity in their papers.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

9 February 2023