# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**TERESA WILSON,** *et al.*                                                          **PLAINTIFFS**

v.                        **No. 3:21-cv-82-DPM**

**WALMART INC.,** *et al.*                                                     **DEFENDANTS**

## ORDER

For the reasons stated from the bench at the end of the 26 July 2023 hearing, the Court made the following rulings:

- Walmart's motion to dismiss, *Doc. 102*, is granted as modified.
- All claims about inorganic arsenic in infant rice cereals go forward. All claims about all other heavy metals in all other baby food products are stayed pending the Food and Drug Administration's promulgation of a final action level for each specific heavy metal in a specific category of products.
- Walmart must report to the Court every six months about the status of the FDA's administrative process on the other heavy metals and categories of baby food products included in the amended consolidated class complaint, *Doc. 43*. First report due 29 January 2024.

- Plaintiffs' second amended consolidated class complaint is due by 15 September 2023. The pleading must not exceed twenty-five pages. And the type must be 15 point. The claims in this pleading must be limited to ones about inorganic arsenic in infant rice cereals.

- Walmart's Rule 12(b)(6) motion and brief (twenty-five pages) is due by 16 October 2023; Plaintiffs' responding brief (thirty-five pages) is due by 22 November 2023; and Walmart's reply (ten pages) is due by 8 December 2023. No extensions absent extraordinary circumstances. The Court will hold a hearing on the motion at 9:00 a.m. on Wednesday, 21 February 2024, in Little Rock.

So Ordered.

*WPMarshall Jr.*

D.P. Marshall Jr.
United States District Judge

1 August 2023