# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**TERESA WILSON,** *et al.*                                                              **PLAINTIFFS**

v.                                    No. 3:21-cv-82-DPM

**WALMART INC.,** *et al.*                                                              **DEFENDANTS**

## ORDER

For the reasons stated from the bench at the end of the 21 February 2024 hearing, Walmart's motion to dismiss, *Doc. 156*, is granted for lack of standing with a caveat. *Wallace v. ConAgra Foods, Inc.*, 747 F.3d 1025 (8th Cir. 2014). Here's the caveat: the plaintiffs may file a status report identifying the lot numbers of any infant rice cereal that they bought from Walmart. If they can identify those lot numbers, the Court will require Walmart to produce any testing results or certifications from suppliers about that rice cereal. If they cannot, the claims regarding inorganic arsenic in infant rice cereal will be dismissed without prejudice. Plaintiffs' status report due by 22 March 2024. Walmart must continue to provide status reports on the FDA proceedings as previously ordered in *Doc. 139*.

-2-

So Ordered.

*DPMarshall Jr.*

D.P. Marshall Jr.
United States District Judge

21 February 2024