# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**TERESA WILSON,** *et al.*                                      **PLAINTIFFS**

v.                    No. 3:21-cv-82-DPM

**WALMART INC.,** *et al.*                                    **DEFENDANTS**

## ORDER

Wilson has been unable to identify, by the extended deadline, any lot numbers of the infant rice cereal that she and others purchased. She has found and provided some purchase-related information. *Doc. 172 at 2-3.* Walmart, however, is unable to identify lot numbers with this information. *Doc. 173.* Wilson's motion for further investigation, *Doc. 172,* is denied. The claims regarding inorganic arsenic in infant rice cereal are dismissed without prejudice for lack of standing.

All the other claims remain stayed pending further FDA action. *Doc. 139.* The case is administratively terminated. And the Court looks forward to Walmart's periodic status reports. *Ibid.*

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 April 2024