# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

TERESA WILSON, *et al.*                                                  PLAINTIFFS

v.                                      No. 3:21-cv-82-DPM

WALMART INC., *et al.*                                                   DEFENDANTS

## ORDER

The parties have notified the Court that it made a mistake in *Doc. 186*. The Court dismissed some of the plaintiffs' claims *with* prejudice. *Doc. 186*. The parties had requested dismissal *without* prejudice. *Doc. 185*.

The Court will amend its earlier Order. The remainder of the consolidated claims will remain pending until the parties file their next status report. Joint status report due 30 March 2026.

So Ordered.

_____

D.P. Marshall Jr.
United States District Judge

9 March 2026
_____