IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

TERESA WILSON, *et al.*                                      PLAINTIFFS

v.                              No. 3:21-cv-82-DPM

WALMART INC., *et al.*                                       DEFENDANTS

### AMENDED ORDER

The Court amends *Doc. 186*. Stipulation of voluntary dismissal, *Doc. 185*, appreciated. Leslie Ainsworth, Tyler Baker, Celia Bruno, Ana Butkus, Susan Canada, Emily Cathey, Brandi Coleman, Jessica David, Felicia Dykes, Dominick Grossi, Galena Gutierrez, Sammi Hobdy, April Lockhart, Heather Lowrey, Jolina Manley, Cassandra Martell, Brittany Martin, Tiffany Neal, Robert Partello, Ashley Popa, Ryan Sanders, Vito Scarola, Julie Secrist, Tabatha Sidi, Margo Tezeno, Megan Troyer, Brittany Wallace, Teressa Wilson, and Amber Wright's claims are dismissed without prejudice. The rest of the consolidated plaintiffs' claims remain pending.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

9 March 2026