**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**TERESA WILSON,** *et al.*                                                **PLAINTIFFS**

**v.**                                      **No. 3:21-cv-82-DPM**

**WALMART INC.,** *et al.*                                      **DEFENDANTS**

### ORDER

Stipulation of dismissal, *Doc. 192*, appreciated.  The Court lifts the stay in the lead case and all member cases.  All the remaining claims by the remaining consolidated plaintiffs will be dismissed without prejudice.  Judgment in each case will issue.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

31 March 2026