**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**TERESA WILSON;  RYAN SANDERS;
SUSAN CANADA;  TABATHA SIDI;
JOLINA MANLEY;  HEATHER LOWREY;
CASSANDRA MARTELL;  ASHLEY
POPA;  JESSICA DAVID;  and LESLIE
AINSWORTH, all Individually and on
behalf of all others similarly situated**                    **PLAINTIFFS**

**v.**                            **No. 3:21-cv-82-DPM**

**WALMART INC. and DOES, 1–10,
Inclusive**                                **DEFENDANTS**

**JUDGMENT**

All of the plaintiffs' remaining claims are dismissed without prejudice.

_D.P. Marshall Jr._

D.P. Marshall Jr.
United States District Judge

<u>31 March 2026</u>